# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

DAVID MITCHELL

VERSUS

WILLIE THOMAS, ET AL.

CIVIL ACTION

NO. 17-90-JWD-EWD

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated November 21, 2017, to which an objection was filed;

**IT IS ORDERED** that Sgt. Roberts' Motion to Dismiss is GRANTED, (Doc. 28) and that Plaintiff's Motion for Leave to File Amended Complaint for Damages, (Doc. 32) is DENIED as futile.

**IT IS FURTHER ORDERED** that the dismissal is without prejudice to Plaintiff filing a Second Amended Complaint within thirty (30) days of the date this opinion.

**IT IS FURTHER ORDERED** that Sgt. Roberts' Motion to Stay Discovery, (Doc. 44) pending resolution of the Motion to Dismiss is DENIED as moot.

Signed in Baton Rouge, Louisiana, on <u>December 6, 2017</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA